IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMIE A. RODEBUSH,

     Plaintiff,

          v.                         Case No. 3:25-cv-01047-jdp

FRANK BISIGNANO,
Commissioner of Social Security,

     Defendant.

---

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER PROCEEDINGS
PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

---

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

Upon remand, the Appeals Council will instruct the ALJ to further evaluate the prior administrative medical findings, further evaluate the symptoms, further evaluate the residual functional capacity, offer a hearing, take any further action necessary to complete the administrative record, and issue a new decision.

Dated this _16TH_ day of _JUNE_, _2026_.

 

 

_____
JAMES D. PETERSON
Chief United States District Judge